Order entered December 12, 2012

005256



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01573-CV

### KENNETH GUARINO AND CAPITAL VIDEO CORPORATION, Appellants

V.

### 11327 REEDER ROAD, INC., Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-04197**

## ORDER

The Court has before it appellants' December 6, 2012 motion to extend time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by January 11, 2013.

MOLLY FRANCIS
JUSTICE